## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD HAYES, | ) CASE NO. 1:25-cv-9333-LJL-BCM |
| Plaintiff, | ) **MOTION TO STRIKE** |
| v. | ) Plaintiff is granted leave to file a corrected complaint with the correct exhibits. The corrected complaint shall be filed by November 18, 2025. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 4. |
| CAYUGA HOME FOR CHILDREN, INC., *et al.* | ) |
| Defendants. | ) November 17, 2025 |

*SO ORDERED.*
LEWIS J. LIMAN
United States District Judge

Now comes Plaintiff, Edward Hayes, by and through Counsel, and respectfully moves this Court to strike and remove from the above-mentioned docket, the Complaint (ECF #1), filed on November 7, 2025, so that a new Complaint may be filed by Plaintiff with corrected exhibits. A proposed order is attached hereto as **Exhibit A** for the Court's consideration.

DATE: November 14, 2025

Respectfully submitted,

*/s/ Jacqueline Meese-Martinez*
Jacqueline Meese-Martinez (5514955)
Christina T. Hassel (*pro hac vice* to be filed)
Alexa R. Civittolo (*pro hac vice* to be filed)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Email: jmeese-martinez@hahnlaw.com
chassel@hahnlaw.com
acivittolo@hahnlaw.com

Peter M. Katsaros (*pro hac vice* to be filed)
HAHN LOESER & PARKS LLP
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Phone: (312) 637-3015
Email: pkatsaros@hahnlaw.com

*Counsel for Plaintiff Edward Hayes*

- 1 of 1-

19612216.1