# EXHIBIT C



June 27, 2024

**<u>VIA ELECTRONIC MAIL</u>**

Edward Hayes, Chief Executive Officer
edward.hayes@cayugacenters.org

   **Re:  Expiration of Contract**

Dear Ed:

Your employment agreement with Cayuga Centers was signed on November 14, 2012 and extended your employment with the Agency through June 30, 2019.  Section 4 of that Agreement states that the June 30, 2019 end date automatically extended for two years on June 30 of each even year during that term.  Thus, the June 30, 2019 expiration date was extended: (1) in June 2014 to June 30, 2021; (2) in June 2016 to June 30, 2023; and (3) in June 2018 to June 30, 2025.

Section 4 further provides that the Board must advise you as to whether it intends to renew your appointment one year prior to the June 30, 2025 final termination date.  Accordingly, the Board hereby notifies you that it does not intend to renew your appointment, and that it intends to allow the Agreement to expire on the June 30, 2025.  Over the next year, the Board will engage with you to determine whether you and the Agency both are willing to enter into a new agreement and, if so, what the terms of such an agreement would be.  As part of that process, the Board will consider your request for a salary increase.

The Board thanks you for your continued service.