# **EXHIBIT D**

**Peter M. Katsaros**

# Redacted for Privilege

---------- Forwarded message ---------
From: **Edward Hayes** <edward.hayes@cayugacenters.org>
Date: Wed, Feb 19, 2025 at 4:31 PM
Subject: Fwd: contract
To: Edward Hayes <Edwardmyershayes9@gmail.com>

**Edward Myers Hayes (he/him/his) I President and CEO**
Cayuga Centers I Cayuga Centers en Español
1916 Park Avenue, New York, NY 10037
101 Hamilton Avenue, Auburn, NY 13021
Office: (315)-253-5383 Ext. 1116 I Cell: 315-651-2300
www.cayugacenters.org



---------- Forwarded message ---------
From: **Dr. Andy Lopez-Williams** <drlopez@aapsa.net>
Date: Wed, Nov 20, 2024 at 5:33 PM
Subject: RE: contract
To: Edward Hayes <edward.hayes@cayugacenters.org>

You're welcome, Ed. In the hustle and bustle of everyday life sometimes we forget the simple things like telling people that they are valued and important. You certainly are and for that lapse you have my sincere apology.

**Andy Lopez-Williams, PhD, ABPP**

Clinical & Forensic Neuropsychologist

President and CEO





Primary Office

122 Business Park Drive, Suite 1

Utica, New York 13502

Phone: 315-732-3431

Fax: 866-822-2343

Web: www.AAPSA.net

We have offices in Utica and Syracuse. Please check our website for additional information.

Follow us on social media!



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

**From:** Edward Hayes [mailto:edward.hayes@cayugacenters.org]
**Sent:** Wednesday, November 20, 2024 5:25 PM
**To:** DrLopez@aapsa.net
**Subject:** Re: contract

I appreciate this note.

It is a lotr more positive than the note that was given me last June.

I look forward to working together to take Cayuga Centers tro the next leg of its journey.

Thanks again.

**Edward Myers Hayes (he/him/his) I President and CEO**
Cayuga Centers I Cayuga Centers en Español
1916 Park Avenue, New York, NY 10037
101 Hamilton Avenue, Auburn, NY 13021

Office: (315)-253-5383 Ext. 1116 I Cell: 315-651-2300



3

On Wed, Nov 20, 2024 at 5:22 PM Dr. Andy Lopez-Williams <drlopez@aapsa.net> wrote:

Dear Ed,

As you know, a workgroup related to the development of a new contract for you as CEO/President was approved of by the board and initiated in October 2024. We want to assure you of our intent as a board to utilize this workgroup to discuss the framework for a new contract and negotiate with you in good faith. Please note that this is a priority and it is our intent and hope to move forward as efficiently as possible in this matter. If you have any questions or concerns, please let me know.

Sincerely,

Andy

**Andy Lopez-Williams, PhD, ABPP**

Clinical & Forensic Neuropsychologist

President and CEO

4





Primary Office

122 Business Park Drive, Suite 1

Utica, New York 13502

Phone: 315-732-3431

Fax: 866-822-2343

Web: www.AAPSA.net

We have offices in Utica and Syracuse. Please check our website for additional information.

Follow us on social media!

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

The contents of this email message and any attachments are intended only for the use of the individual entity which it is addressed and may contain confidential and/or privileged information belonging to Cayuga Centers, including individually identifiable health information subject to the privacy and security provisions of HIPAA and may be legally protected from disclosure. If you are not the intended recipient you are hereby notified that any dissemination, copying or storage of this message or its attachments is strictly prohibited. If you have received this documentation in error, please notify the sender immediately and delete the original message.

The contents of this email message and any attachments are intended only for the use of the individual entity which it is addressed and may contain confidential and/or privileged information belonging to Cayuga Centers, including individually identifiable health information subject to the privacy and security provisions of HIPAA and may be legally protected from disclosure. If you are not the intended recipient you are hereby notified that any dissemination, copying or storage of this message or its attachments is strictly prohibited. If you have received this documentation in error, please notify the sender immediately and delete the original message.