# EXHIBIT E



February 27, 2025

**VIA ELECTRONIC MAIL**

Edward Hayes, Chief Executive Officer
edward.hayes@cayugacenters.org

**Re:     Status of Employment**

Dear Ed:

We are writing to open discussions regarding the termination of your employment relationship and the Cayuga Home for Children, Inc. (the "Organization"), subject to an employment agreement dated November 14, 2012 ("Agreement").

As an initial matter, please know that we appreciate all that you've contributed to the Organization throughout your tenure. Our purpose for opening up this discussion and presenting this letter to you is to come to a collaborative approach to your exit and explore an opportunity to preserve your legacy at the Organization.

From a practical perspective, we are including the background that has led to the Board of Directors (the "Board") providing you this letter.

In accordance with Section 4 **Terms of Employment**, the Board notified you, in writing, of its intent not to renew your appointment. By letter dated June 27, 2024, you were provided the twelve (12) month notification required in accordance with the terms of the Agreement, and you were notified that this would result in the Agreement's expiration on June 30, 2025.

Since that time, we have had several discussions about a potential new contract but have not been able to align on terms that fit the Organization's needs. Even so, we believe that all necessary steps were taken according to the Organization's by-laws and that the notice was, in fact, valid. Therefore, at a minimum, we expect that the Agreement will be terminated as of June 30, 2025, and we do not anticipate entering into a new contract with you.

Notwithstanding the above, there have been significant concerns escalated internally and by our external auditors regarding significant financial discrepancies and irregularities under your oversight, particularly over the past several years. Specifically, there is evidence of funds and expenses not used as required under at least one federal contract, and using one contract's funds to cover other, non-affiliated and underperforming programs. Additionally, there is evidence that the Organization may suffer yet another significant loss – an expected loss for 2024 in the amount of $10 million dollars. There is also evidence that you failed to follow the Organization's internal controls, specifically designed to prevent such financial issues. These irregularities may

**Administrative Offices**

101 Hamilton Avenue
Auburn, NY 13021

(315) 253-5383
cayugacenters.org

1916 Park Avenue, Suite 407
New York, NY 10037
**{9796333: }**

have a devastating, wide-ranging effect on the Organization's future. We expect more information to materialize once the auditors have finalized its report but are alarmed at the information currently available. The amount and scope of your actions constitute a fundamental breach related to the financial management of the Organization and could jeopardize the Organization's obligations under certain federal contracts.

As such and based on the seriousness of the irregularities, the above actions constitute a breach of the Agreement. The Board is prepared to take the necessary steps, under Section 11 **Early Termination of Employment** of the Agreement, that would provide you with the sixty (60) day notice to terminate the contract at the end of that 60-day notice period. First, we are providing you with the information that the Board currently has regarding this situation. Given the financial irregularities that have been raised, particularly by the external auditors, we may have no choice but to consider a full forensic audit of the Organization to ensure full compliance with our fiduciary and regulatory obligations.

However, we recognize that a cooperative transition is in the best interests of all parties and we truly want to stress our willingness to discuss a collaborative approach. The Board has voted on and has approved by an overwhelming majority offering you the following exit terms:

- You would be placed on administrative leave, with pay and continued benefits, beginning immediately through June 30, 2025.
- We expect that you would be available on an as-needed basis only, to ensure a smooth transition to a new leader.
- We would follow a collaborative approach in drafting and communication of the messaging around your exit from the Organization in a way that supports your legacy, though the Board has the final approval of any and all messaging.
- Upon your separation of employment, the Board authorizes a severance package equal to your current salary and benefits from July 1, 2025 through December 31, 2025.

If we can reach an amicable resolution regarding your departure, it will allow for all of us to facilitate a smooth transition and avoid unnecessary administrative or legal complexities.

On an interim basis, we will put Lorraine Sanchez in charge of the day-to-day operations including, but not limited to, financial oversight and operations of the Organization. You will be expected to work collaboratively with Lorraine on an as-needed basis.

Notwithstanding the above, nothing herein prevents you from continuing to pursue any leave, paid or unpaid, to which you may be entitled under applicable federal or state law, as well as the Organization's policy.

The Board thanks you for your service.


Andy Lopez-Williams, Phd, ABPP
Chairperson, on behalf of the Board of Directors of the Cayuga Home for Children, Inc.