# EXHIBIT H

| | |
|---|---|
| **From:** | Knapp, Wende J. <WKnapp@woodsoviatt.com> |
| **Sent:** | Tuesday, April 22, 2025 4:52 PM |
| **To:** | Christina Hassel; Peter M. Katsaros |
| **Subject:** | RE: [EXTERNAL] RE: Ed Hayes/Cayuga |
| **Attachments:** | HHS Audit Letter 4-8-2025 (9842133).PDF |

Dear Christina,

Thank you for your initial response and confirmation that you will be sending a more substantial response. As an initial matter, the request for 10 years' worth of materials is not reasonable nor a good faith request. Mr. Hayes has been at the helm of the organization for several decades; as such, he would have first-hand knowledge of these issues and grounds cited, as well as the background information related in order to provide a response in a meaningful way. By way of example (and not an exhaustive list of what is expected in a response from Mr. Hayes), here are a few assumptions:

- Mr. Hayes would know what direction he provided to his internal team regarding allocations of money under the UC umbrella of contracts. That said, I am attaching the letter from HHS sent to the Organization (a confidential communication that we expect Mr. Hayes to treat as such) that should help refresh his recollection. If Mr. Hayes is unable to recall specific line-items, we expect he should be able to recall whether he directed that federal dollars should cover non-federal programs, for example, as further set forth in the grounds for termination letter.
- Mr. Hayes should remember if he allowed his wife the use of an Organization vehicle, at any time – past or present, and used Organization's resources to pay for the vehicle and a driver for her use.
- Mr. Hayes surely can recall if, in fact, he used Organization resources for any personal use (e.g., Uber charges, expensive dinners, personal travel billed to the Organization).
- It's reasonable that Mr. Hayes can answer whether he believes that stays in luxury hotels for business purposes (or personal but charged back to the Organization) were in the best interest of the organization and aligned with the fiduciary responsibilities of a CEO.
- Mr. Hayes, as CEO and President, should be expected to explain whether the deficits the Organization now faces are directly attributable to his leadership, financial decisions, and direction including, but not limited to, resulting in, among other issues, the layoff of more than 200 people, in part due to excessive spending on office space, financial/personnel mismanagement, and/or other extravagant spending.
- Does Mr. Hayes believe that the Board should still trust his judgment and/or retain him in leadership based on the current, dire state of the Organization – all of which occurred during his oversight?

The above represents but a fraction of what Mr. Hayes should be able to answer as the CEO and President – who was involved in every aspect of the Organization. Frankly most, if not all, of the grounds for termination the Board has provided should be answerable by Mr. Hayes without the need for the documentation and resources requested, and we expect he will make a good faith effort to respond in a fulsome manner as you've asserted. As a reminder, this is not litigation, and the Employment Agreement does not require this type of over burdensome production, which appears to be an attempt to prevent or delay the Board from reviewing Mr. Hayes's performance and/or use of the Organization's resources. Further, regardless of whether Mr. Hayes's decisions and direction was previously approved of by the Board (potentially due to Mr. Hayes lack of transparency or misdirection) or auditors, this current Board, selected by Mr. Hayes personally, requires that he account for his decisions and behavior, as well as the recent issues raised by the auditors and HHS (who agrees that the funds have been misappropriated and mishandled in a potential direct violation of the associated federal contracts).

Lastly, if the Board believes it would like to speak with Mr. Hayes further regarding his response, it reserves the right to do so. However, the Board has chosen, which it is entitled to do, to review his answers in writing and decide a direction from there. Of note: Mr. Hayes, as stated above, personally selected these Board members from business and personal

contacts he has in the industry and personal business dealings. He handpicked these individuals. It is logical, then, to expect that Mr. Hayes has the confidence in these individuals to make a decision that is in the best interest of the Organization.

Therefore, we decline to provide the documentation requested as it is unreasonable and unnecessary for Mr. Hayes to respond, but for the most recent HHS audit update, and the Board will rely on Mr. Hayes's written response as it considers its next steps.

We also disagree that any of the above actions taken by the Board will trigger a breach of Mr. Hayes's Employment Agreement. As such, we will expect Mr. Hayes's written response on Friday, April 25, 2025, as requested, and to the extent that the Board feels it needs more information it will arrange for a separate time for his participation. The Board further reserves its right to also consider the Employment Agreement terminated as of June 30, 2025, based upon the 12-month notice provided last June 2024, which was duly voted on by the Board.

In addition to the expectation of a response, I remain ready to further discuss this matter in an effort to obtain an amicable resolution.

Regards,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Christina Hassel <chassel@hahnlaw.com>
**Sent:** Thursday, April 17, 2025 4:43 PM
**To:** Knapp, Wende J. <WKnapp@woodsoviatt.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

**EXTERNAL EMAIL**

Wende – We spoke with Mr. Hayes and will be preparing a more formal response to the Board's letter dated 4/11/25. In the meantime, however, is the Board willing to provide the documentation to Mr. Hayes that he needs to prepare his response? This is necessary given his lack of access to Cayuga documents at this time and the wide-ranging nature of the allegations in this letter, many of which go

back a number of years.  Without the proper backup documents, it is difficult if not impossible to respond to the allegations by the Board in full, which is a right provided to Mr. Hayes in Section 11 of his Employment Contract.  Moreover, we strongly believe a more productive and mutually satisfactory result can be achieved if the parties are looking at a shared set of facts and evidence.  Below are the documents we are requesting:

1. Board Meeting Minutes for the last decade
2. The HHS letter dated 4/8/25 referred to in the 4/11/25 letter
3. Monthly Board Updates for the last decade
4. Monthly CEO Reports for the last decade
5. The audit for the period ending June 30, 2023

Please let us know if the Board is willing to provide these documents.  In addition, while the language of Section 11 of the Employment Contract does not specify the means by which Mr. Hayes can respond to the Board prior to any adverse action, the spirit and intent of that provision was for Mr. Hayes to have the opportunity to meaningfully respond to any allegations.  We assume that the matters discussed in the 4/11/25 letter from the Board, and our pending response, will be discussed at length by the Board when it meets.  A meaningful response by Mr. Hayes must involve the chance for him to respond contemporaneously to any questions or concerns raised by Board members in response to the two letters, and that must be done in-person to effectuate the intent of Section 11.  As such, any refusal by the Board to permit Mr. Hayes to attend the meeting and respond to the Board contemporaneously would be an additional breach of the Employment Contract.

Regarding the vehicle of Mrs. Hayes, we have been informed by our client that Mrs. Hayes never had a company car.  Can you please let us know what vehicle you are referring to?  Mr. Hayes also verified that he had not been in contact with Cayuga employees about any business matters except for in connection with the arrangements for his FMLA claim.  The Nashville trip was an annual business expense incurred by our client, for proper purposes, and it was preapproved by Dr. Lopez-Williams.  Further, there were a number of expenses incurred by Mr. Hayes on the trip which he paid for with his own funds and he did not bill all of his travel expenses back to Cayuga.  As such, the assumptions in your email below are not correct.

As stated above, we will provide a more fulsome written response shortly, but we ask that Cayuga provide the above documents and reconsider its decision to bar Mr. Hayes from participating in the associated Board meeting in breach of the Employment Contract.

Regards,
Christina



**Christina Hassel** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2388 | Fax: (216) 274-2561
chassel@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114 **Download my V-Card**

*Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.*

*This email may contain information that is confidential or privileged, and it is intended only for the*







*addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.*

**From:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Sent:** Wednesday, April 16, 2025 9:49 PM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Hi Christina and Peter,

A quick update for your discussion with Mr. Hayes. As an initial matter, he continues to reach out to the staff asking questions regarding what actions they're taking regarding day-to-day business. As you know, he is currently relieved from his duties as he's on administrative leave. Please advise him that, unless he's inquiring about any benefits to which he's entitled or the Organization reaches out to him with questions, he should not be emailing or communicating with anyone at the Organization or conducting regular business.

Additionally, we have just learned from multiple sources that some or all of the expenses from the Nashville trip, including luxury accommodations, identified in the letter provided, was a personal trip taken to celebrate Mr. Hayes's daughter's birthday, a further abuse of the Organization's resources. While we are not amending our letter at this time, we will certainly present this finding to the Board.

Regards,
Wende

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com



*1900 Bausch & Lomb Place,  Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS

COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Sent:** Wednesday, April 16, 2025 5:20 PM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Thank you, Christina.

Best,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514



wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

*1900 Bausch & Lomb Place,  Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Christina Hassel <chassel@hahnlaw.com>
**Sent:** Wednesday, April 16, 2025 2:58 PM
**To:** Knapp, Wende J. <WKnapp@woodsoviatt.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

**EXTERNAL EMAIL**

Wende – We have a call scheduled with our client tomorrow to discuss all the matters currently pending.  We will respond regarding the below, and our availability for a call, after we've spoken with Mr. Hayes.

Best,
Christina

**Christina Hassel** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2388 | Fax: (216) 274-2561
chassel@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114 **Download my V-Card**

*Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.*

*This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.*

**From:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Sent:** Wednesday, April 16, 2025 11:59 AM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Dear Christina and Peter.

Pursuant to my email from Friday, April 11, 2025, and the attached letter, I am following up regarding the status of the vehicle currently being used by Mr. Hayes's wife. The Organization is seeking to have this vehicle returned as soon as possible, given the current financial situation and because Mrs. Hayes is not currently entitled to use of the vehicle (and/or any personnel assigned to drive the vehicle). I will also take this opportunity to remind your client that use of any vehicle remaining in his possession is implied for business use only. As he is currently on an administrative leave, we anticipate that he is not using this vehicle for his personal purposes.

With regards to Mrs. Hayes, I'd propose arranging for an amicable handover of the vehicle currently used by her and would like to get a response by this Friday, April 18 with your suggested approach. The Organization is willing to arrange for a pickup or drop off of the vehicle in a location that is convenient for both parties. However, if we are unable to come to an amicable approach, we will be forced to engage local authorities and any means necessary under the law to retrieve the Organization's property. Our hope is that we can come to a resolution that is respectful and fair.

Please advise. I also renew my offer to further discuss this, at your convenience; however, I remind you that Mr. Hayes's response to the Board's grounds for termination is due on or before Friday, April 25, 2025.

Best,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com



*1900 Bausch & Lomb Place,  Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Knapp, Wende J.
**Sent:** Friday, April 11, 2025 5:08 PM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Dear Christina and Peter,

I was informed this afternoon that a vote was taken to move forward with the early termination of Mr. Hayes's employment agreement. As such, I am providing the grounds for termination, in accordance with that agreement, as well as further details regarding the same.

Mr. Hayes is entitled to respond to the grounds provided and will have until Friday, April 25, 2025, to submit his response. I will accept that response as the Organization's and Board's counsel on this matter.

Should you have any questions, please reach out to me.

Notwithstanding the above, I also remain available to speak next week, per my earlier email.

Best,
Wende

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com



Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Knapp, Wende J.
**Sent:** Friday, April 11, 2025 9:50 AM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Hi Christina,

Yes, let me know what time next week will work for you. With the exception of Wednesday (mediation) and Friday (out of the office), the rest of the week is fairly flexible.

Best,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Christina Hassel <chassel@hahnlaw.com>
**Sent:** Wednesday, April 9, 2025 5:22 PM
**To:** Knapp, Wende J. <WKnapp@woodsoviatt.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

**EXTERNAL EMAIL**

Wende – Following up on our prior conversations regarding these settlement discussions, can you please advise if/when the Board is planning to respond to the letter that we sent on the 25th of March?  Our client would like some clarity on next steps soon.

I am starting a multi-week jury trial next week and Peter is on vacation, but perhaps it makes sense to find time for a call soon, after Peter returns on 4/15.

Best,
Christina

**Christina Hassel** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2388 | Fax: (216) 274-2561
chassel@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114 **Download my V-Card**

*Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.*

*This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.*

---

**From:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Sent:** Tuesday, March 25, 2025 9:34 AM
**To:** Christina Hassel <chassel@hahnlaw.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

Thank you, Christina. I'm acknowledging receipt and that we're currently reviewing.

Best,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com



A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Christina Hassel <chassel@hahnlaw.com>
**Sent:** Friday, March 21, 2025 4:56 PM
**To:** Knapp, Wende J. <WKnapp@woodsoviatt.com>; Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ed Hayes/Cayuga

**EXTERNAL EMAIL**

Wende – Please see the attached correspondence on behalf of our client, Ed Hayes, in response to the letter sent to him on February 27, 2025.

Please let us know if you would like to set up a call to discuss.

Christina







**Christina Hassel** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2388 | Fax: (216) 274-2561
chassel@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114 **Download my V-Card**

*Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.*

*This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.*



**From:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Sent:** Wednesday, March 5, 2025 2:36 PM
**To:** Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Cc:** Christina Hassel <chassel@hahnlaw.com>
**Subject:** [EXTERNAL] RE: Ed Hayes/Cayuga

This email originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Hi Peter,

I am available tomorrow at noon to discuss.

Best,
W

Wende J. Knapp
Partner
Direct Dial: 585-445-2651
Direct Fax: 585-362-4514

wknapp@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com



*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Peter M. Katsaros <pkatsaros@hahnlaw.com>
**Sent:** Wednesday, March 5, 2025 11:49 AM
**To:** Knapp, Wende J. <WKnapp@woodsoviatt.com>
**Cc:** Christina Hassel <chassel@hahnlaw.com>
**Subject:** Ed Hayes/Cayuga

**EXTERNAL EMAIL**

Wende:

Good morning

Chrstina Hassel and I represent Ed Hayes.

We would like to set up a telephone conference with you tomorrow at noon ET to discuss his status with the agency.

If that time doe not work for you, please give us some open times on 3.7.25 or 3.10.25.

Best,

Peter



**Peter M. Katsaros** | Partner
**Hahn Loeser & Parks LLP |** MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (312) 637-3015 | Fax: (312) 637-3074
pkatsaros@hahnlaw.com | hahnlaw.com
200 West Madison Street, Suite 2700 | Chicago, IL 60606

Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.

This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.