
Peter M. Katsaros

Direct Phone: (312) 637-3015
Direct Fax: (312) 637-3041
Email: pkatsaros@hahnlaw.com



April 23, 2026

**<u>Via Case Management/Electronic Case Files (CM/ECF)</u>**

Hon. Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312

      **RE:**    *Hayes v. Cayuga Home for Children, Inc., et al.*
            **United States District Court for the Southern District of New York**
            **Civil Action No. 1:25-cv-9333 (LJL)**

Dear Judge Liman:

As discussed at the April 15, 2026 Initial Pretrial Conference (the "Pretrial Conference"), Plaintiff Edward Hayes ("Mr. Hayes") requests that the Court deem his Complaint (Dkt. No. 8) to be amended to replace the current name of Defendant "Buffington & Hoatland CPAs LLC" with the following: "Buffington & Hoatland CPAs **<u>PLLC</u>**." Such amendment corrects the inadvertent error of counsel for Mr. Hayes to accurately reflect the entity's business structure under New York law.

Defendant and Counterclaimant Cayuga Home for Children, Inc., Defendant Andy Lopez-Williams, Defendant Elaine Buffington, Defendant Dannible & McKee LLP, and Defendant Buffington & Hoatland CPAs PLLC orally consented to this amendment via their counsel at the Initial Pretrial Conference.

Finally, we have provided a "SO ORDERED" line should the request be granted. We thank the Court for its consideration of this request.

Respectfully,

Peter M. Katsaros

PMK/bes

cc: (via SDNY CM/ECF):
Brian D. Gwitt, Esq.
Cassie T. Doran, Esq.
Nicole M. Marlow-Jones, Esq.
Jacqueline A. Meese-Martinez, Esq.
Christina T. Hassel, Esq.
Alexa R. Civittolo, Esq.
Katherine E. Clawson, Esq.


SO ORDERED.

_____

HON. LEWIS J. LIMAN
United States District Judge for the Southern District of New York

Dated: April 23, 2026
New York, New York