USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EDWARD HAYES,

Plaintiff,

-v-

CAYUGA HOME FOR CHILDREN, INC., et al.

Defendants.

---------------------------------------------------------------------X

25-cv-9333 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties' joint motion for a protective order is denied for failure to comply with the Court's Individual Practices regarding motions for protective orders. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 2.G.

The Clerk of Court is respectfully directed to close Dkt. No. 74.

SO ORDERED.

Dated: July 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge